Opinion approved by the court.

**George McCLAIN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28227.**

Court of Criminal Appeals of Texas.

April 4, 1956.

No attorney on appeal for appellant.

Howard Fender, Dist. Atty., Eugene D. Biddle, and Conard Florence, Asst. Dist. Attys., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Theft of property of the value of $50 or over is the offense, with punishment assessed at three years' confinement in the penitentiary.

The record before us contains no statement of facts or bills of exception.

All proceedings appearing to be regular and nothing being presented for review, the judgment is affirmed.